Alycia Kamil Moaton

                            Plaintiff,

v.                                                Case No.: 1:21−cv−04328
                                                 Honorable Charles P. Kocoras

City Of Chicago, et al.

                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2022:

        MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status
hearing held. Counsel reported that the matter has been resolved. This case is dismissed
without prejudice to convert to a dismissal with prejudice on 5/17/2022 without further
order of court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.